IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| Michael Slager, | ) | Civil Action Number: 2:15-CV-04536-DCN |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **PLAINTIFF'S EXPERT WITNESS** |
| v. | ) | **DISCLOSURE** |
|  | ) | **and** |
| Southern States Police Benevolent Association, Inc., | ) | **CERTIFICATION OF DISCLOSURE OF EXPERT WITNESS REPORT AS REQUIRED** |
|  | ) | **BY RULE 26(a)(2)(B), FRCP** |
| Defendant. | ) |  |
|  | ) |  |

Plaintiff, by the undersigned attorneys, in accordance with the February 17, 2016 Amended Scheduling Order, files this Expert Witness Disclosure and states as follows:

1. Plaintiff designates the following expert witnesses to testify on their behalf:

    Stephen C. George, MBA-HA
    9761 SW 123rd Street
    Miami, FL 33176
    (305) 234-9877

    Dr. Darrin K. Porcher, Ed.D.
    3222 Cambridge Avenue #2
    Bronx, NY 10463
    (347) 678-2916

    R.T. Wyant, M.S.
    P.O. Box 84536
    Seattle, WA 98124
    (425) 238-9662

    Richard A. Harpootlian, Esquire
    1410 Laurel Street
    Columbia, SC 29201
    (803) 252-4848

2. Plaintiff hereby certifies that a written report has been prepared and signed by the experts including all information required by Fed. R. Civ. P. 26(a)(2)(B) which has been disclosed to the parties on today's date.

*{SIGNATURE PAGE TO FOLLOW}*

                              **BLAND RICHTER, LLP**
                              *Attorneys for Plaintiff*

                              s/Ronald L. Richter, Jr.
                              Ronald L. Richter, Jr. (Federal Bar No. 66377)
                              s/Scott M. Mongillo
                              Scott M. Mongillo (Federal Bar No. 7436)
                              Peoples Building
                              18 Broad Street, Mezzanine
                              Charleston, South Carolina 29401
                              843.573.9900 (telephone)
                              843.573.0200 (facsimile)
                              ronnie@blandrichter.com (e-mail)

                              s/Eric S. Bland
                              Eric S. Bland (Federal Bar No. 64132)
                              1500 Calhoun Street
                              Post Office Box 72
                              Columbia, South Carolina 29202
                              803.256.9664 (telephone)
                              803.256.3056 (facsimile)
                              ericbland@blandrichter.com (e-mail)

Charleston, South Carolina
April 15, 2016