IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Michael Slager, | ) | Civil Action Number: 2:15-CV-04536-DCN |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S NOTICE OF MOTION AND** |
| | ) | **MOTION TO SEAL AND MOTION FOR A** |
| v. | ) | **PROTECTIVE ORDER** |
| | ) | |
| Southern States Police Benevolent Association, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF MOTION AND MOTION**

Pursuant to Local Rule 5.03, Plaintiff, by and through his undersigned counsel, prays for a Motion to Seal and for a Protective Order from this Honorable Court restricting the Defendant from referencing, disclosing or otherwise using communications between parties which are protected by the attorney client privilege. The analysis and authority supporting this motion are set forth in Plaintiff's Memorandum in Support which Plaintiff also seeks to be sealed.

        **BLAND RICHTER, LLP**
        *Attorneys for Plaintiff*

        s/Ronald L. Richter, Jr.
        Ronald L. Richter, Jr. (Federal Bar No. 66377)
        s/Scott M. Mongillo
        Scott M. Mongillo (Federal Bar No. 7436)
        Peoples Building
        18 Broad Street, Mezzanine
        Charleston, South Carolina 29401
        843.573.9900 (telephone)
        843.573.0200 (facsimile)
        ronnie@blandrichter.com (e-mail)
        scott@blandrichter.com (e-mail)

                                                <u>s/Eric S. Bland</u>
                                                Eric S. Bland (Federal Bar No. 64132)
                                                1500 Calhoun Street
                                                Post Office Box 72
                                                Columbia, South Carolina 29202
                                                803.256.9664 (telephone)
                                                803.256.3056 (facsimile)
                                                ericbland@blandrichter.com (e-mail)

Charleston, South Carolina
June 8, 2016