IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Michael Slager,                                              )<br>                                                                    )<br>                                  Plaintiff,        )<br>                                                                    )<br>vs.                                                               )<br>                                                                    )<br>Southern States Police Benevolent         )<br>Association, Inc.,                                         )<br>                                                                    )<br>                                  Defendant.    )<br>_____ ) | Case No. 2:15-cv-04536-DCN<br><br>**MOTION FOR SUMMARY JUDGMENT** |

The Defendant Southern States Police Benevolent Association, Inc., hereby moves for summary judgment in this matter. This motion relies upon the following grounds:

A. Mr. Slager's shooting an unarmed Mr. Scott five times in the back as he fled, planting the Taser beside Mr. Scott's body, and lying to the PBA and SLED are intentional acts outside the scope of Mr. Slager's duty as a police officer;

B. Mr. Slager has produced no evidence of damages to support his claims;

C. Mr. Slager has refused to answer relevant questions about his claims asserting his privilege against self-incrimination; and

D. South Carolina does not recognize a civil cause of action based on Code Section 38-59-20 regarding unfair claims practices.

                                                          MOORE TAYLOR LAW FIRM, P.A.

                                          By:  s/James Edward Bradley_____
                                                James Edward Bradley, Fed. I.D. No. 6330
                                                S. Jahue Moore, Fed. I.D. No. 3120
                                                Donna Givens, Fed. I.D. No. 5411
                                                MOORE TAYLOR LAW FIRM, P.A.
                                                1700 Sunset Boulevard (29169)
                                                P.O. Box 5709
                                                West Columbia, SC  29171
                                                (803) 796-9160
                                                Attorneys for Defendant

West Columbia, South Carolina
July 14, 2016